NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAKER HUGHES OILFIELD OPERATIONS, LLC,**
*Appellant*

**v.**

**PACKERS PLUS ENERGY SERVICES INC.,**
*Appellee*

---

2018-1501

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01100.

---

**JUDGMENT**

---

EAGLE HOWARD ROBINSON, Norton Rose Fulbright US LLP, Austin, TX, argued for appellant. Also represented by STEPHANIE DEBROW, MARK T. GARRETT, WILLIAM ANDREW LIDDELL; JONATHAN S. FRANKLIN, Washington, DC.

WASIF QURESHI, Jackson Walker LLP, Houston, TX, argued for appellee. Also represented by CHRISTOPHER NEEDHAM CRAVEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 15, 2019                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                 Clerk of Court